58 So.2d 906

**James Molton WEAR v. Margaret Sue Hale WEAR.**

6 Div. 338.

Supreme Court of Alabama.
Jan. 17, 1952.

Harrison Kendrick, Birmingham, for appellant.

J. Paul Meeks, Birmingham, for appellee.

LAWSON, Justice.

Appeal dismissed.